**STATE**

v.

**Gina LAWRENCE.**

No. 80–521–M.P.

Supreme Court of Rhode Island.

Dec. 11, 1980.

Dennis J. Roberts II, Atty. Gen., Kathryn Ann Panciera, Spec. Asst. Atty. Gen., for plaintiff-respondent.

Janice M. Weisfeld, Marcia L. McGair, Asst. Public Defenders, for defendant-petitioner.

## ORDER

The petition for writ of certiorari is granted. Petitioner's motion to stay payment of the fine imposed in the District Court as prayed is granted.

BEVILACQUA, C. J., did not participate.